UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JASWANT SINGH GILL,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:17-cr-03748-2-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>**[ECF No. 67]** |

Movant Jaswant Singh Gill has filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 67.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Movant's case, the reasons offered are not extraordinary and compelling. Moreover, he has only served thirty-two (32) months of a one hundred thirty (130) month sentence after pleading guilty to thirteen counts of 18 U.S.C. § 1343, Wire Fraud. Early release would present a financial danger to the public and fail to act as a deterrent to others, and it would not promote respect for the law. Therefore, the motion is **DENIED**.

**IT IS SO ORDERED.**

Date: May 6, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　　　United States District Judge